■ In the Matter of LYNN CLOW, Respondent, v WILLIAM

DEILY, as Police Commissioner of the City of Hudson Police Department, et al., Appellants. [595 NYS2d 335] —Appeal from a judgment of the Supreme Court (Cobb, J.), entered April 30, 1992 in Columbia County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to, *inter alia,* vacate her resignation from respondent Police Department of the City of Hudson.

Judgment affirmed, with costs, upon the opinion of Justice George L. Cobb.

Weiss, P. J., Levine, Mahoney, Casey and Harvey, JJ., concur. Ordered that the judgment is affirmed, with costs.